AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America<br>v.<br>Samuel James Gulick<br><br>_Defendant(s)_ | ) ) ) ) Case No. 20-**06 M** ) ) ) ) |

## CRIMINAL COMPLAINT

**REDACTED**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _January 3, 2020_ in the county of _New Castle_ in the _____ District of _Delaware_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | (maliciously damage a building used in interstate commerce through the use of fire or destructive device) |
| 18 U.S.C. § 248(a)(3) | (intentional damage to a facility that provides reproductive health services) |
| 26 U.S.C. § 5861(d) | (possession of an unregistered destructive device under the National Firearms Act) |

This criminal complaint is based on these facts:

See attached affidavit.

FILED
JAN - 6 2020
US DISTRICT COURT
DISTRICT OF DELAWARE

☑ Continued on the attached sheet.

_Complainant's signature_

FBI Special Agent Michael Dzielak
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 1/4/2020

_Judge's signature_

City and state: Wilmington, DE

The Hon. Sherry R. Fallon
_Printed name and title_

## AFFIDAVIT

I, Michael Dzielak, having been duly sworn according to law, state as follows:

1. I am a Special Agent employed by the FBI, and have been so employed for over 18 years. I am currently assigned to the Baltimore Division, Wilmington Resident Agency, focusing on investigations involving white collar crime, government fraud, and civil rights violations. In previous assignments, I have worked investigations involving various criminal matters to include public corruption, cyber crimes, online child sexual exploitation, and child pornography. I have participated in the execution of numerous search warrants, resulting in the seizure of computers, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws. I am a law enforcement agent of the United States within the meaning of Title 18 United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony offenses.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging Samuel James Gulick with maliciously damaging or destroying or maliciously attempting to damage or destroy a building, vehicle, or other real or personal property used in interstate or foreign commerce by means of fire or an explosive, in violation of 18 U.S.C. § 844(i), intentional damaging or attempting to damage a facility that provides reproductive health services,, in violation of 18 U.S.C. 248(a)(3), and possession of an unregistered destructive device under the National Firearms Act, in violation of 26 U.S.C. § 5861(d).

4. The premises referred to herein is located at **REDACTED, Middletown, Delaware 19709,** (hereinafter, "SUBJECT PREMISES"), which I believe to be residence of Samuel James Gulick.

5. The vehicle ref erred to herein, a dark red/maroon Toyota Highlander bearing Delaware tag REDACTED (hereinafter, "SUBJECT VEHICLE"), currently located

in the driveway of the SUBJECT PREMISES, more specifically described attached in Attachment A.

## FACTS SUPPORTING PROBABLE CAUSE

6. On January 3, 2020, at approximately 2:16 a.m., an incendiary device was thrown at the front window of Planned Parenthood located at 140 East Delaware Avenue, Newark, Delaware 19711. Video recovered from Planned Parenthood ("Camera 1") captures an individual approaching from the South East along Haines Avenue towards the front of the property. The individual is holding what appears to be a plastic bag. The individual removes something from the bag and then begins spray painting the front wall. The individual then steps off the front porch and stands in front of the property. The individual appears to wait as a vehicle passes by, and then lights an object on fire. The individual then throws the lit object at the front window of the property where it explodes and begins to burn. After throwing the object, the individual runs away from the location in the same direction from which he approached. The fire burns for approximately one minute before self-extinguishing.

7. According to Michael Eldredge, an Explosives Enforcement Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), who has been expertly trained in the identification of such devices and has reviewed the aforementioned video, is of the opinion that the incendiary device described above is a "destructive device" as defined by 26 U.S.C. § 5865(a) & (f), therefore requiring registration under the National Firearms Act and National Firearms Registration and Transfer Record. In particular, the device appears to be a Molotov cocktail, which is similar to a bomb; courts have repeatedly held that such an item is a "destructive device" pursuant to the National Firearms Act. *See, e.g., United States v. Ross*, 458 F.2d 1144, 1145 (5th Cir. 1972).

8. At approximately 7:40 a.m., REDACTED an employee of Planned Parenthood, arrived to open the location for business. When she arrived at the location, she discovered fire damage to the front window of the property, a broken front window, and "Deus Vult" spray painted in red paint on the front of the property with what your Affiant beliefs are religious symbols to the right and left of the words.



9. Video recovered from a property management company across the street from Planned Parenthood ("Camera 2") shows the SUBJECT VEHICLE drive past the location immediately preceding the incident, at approximately 2:06 a.m. The SUBJECT VEHICLE goes out of view of Camera 2. A few moments later, an individual walks past Camera 2 from the last known area of the SUBJECT VEHICLE towards the location of Planned Parenthood. Between 2:06 a.m. and 2:08 a.m., no other vehicles pass by Camera 2. Camera 2 captures a flash of light and then captures the individual then runs back towards the direction of the last known area of the SUBJECT VEHICLE.

10. University of Delaware closed circuit television ("CCTV") and the city of Newark Police Department CCTV captures the SUBJECT VEHICLE's path of flight away from Planned Parenthood. At approximately 2:18 a.m., the SUBJECT VEHICLE travels south on Haines Avenue and then then turns right on Benny Street. The SUBJECT VEHICLE then makes a left on Chambers Street. The SUBJECT VEHICLE travels on Chambers Street and then turns right on to South Chapel Street at approximately 2:20 a.m.

From South Chapel Street, the SUBJECT VEHICLE turns right on East Park Place and then left on to Elkton Road.

11. At approximately 2:27 a.m., a license plate reader located at the intersection of Elkton Road and Casho Mill Road captures the license plate on the SUBJECT VEHICLE, Delaware tag REDACTED. A records check shows the tag registered to a maroon 2005 Toyota Highlander. The SUBJECT VEHICLE is registered to REDACTED of REDACTED, Middletown, Delaware. REDACTED has a son, Samuel James Gulick, date of birth April 17, 2001. On September 19, 2018, Samuel Gulick was stopped by the New Castle County Police, while operating the SUBJECT VEHICLE. During the traffic stop, Samuel Gulick provided the phone number 302-437-4198 as a personal phone number. The address associated with Samuel Gulick's Delaware driver's license is REDACTED, Middletown, Delaware.

12. A search of Instagram for the name Samuel Gulick resulted in the identification of an account using that name. In the biographical information for the account was the phrase "Deus Vult". The image below is a screenshot from Samuel Gulick's Instagram page.



Samuel Gulick
samuelgulick
If a woman had one piece of bread for every gender there is, she could make exactly one sandwich. Remember Waco and Ruby Ridge.
Deus Vult

13. . Several postings on the Samuel Gulick's Instagram page indicate support of strong anti-abortion ideology. The images below are screenshots of posts from Samuel Gulick's Instagram page.

 samuelgulick

# United States Deaths



Sources: Wikipedia; Number of Abortions

- Roe V. Wade
- Civil War
- World War II
- World War I
- Vietnam War
- Korean War
- War of Independence
- War of 1812
- Gulf War II
- Afghanistan

  

♥ 3 likes

**samuelgulick** People sometimes ask "How could the German citizens stand by in WWII, and not do anything about their own government killing millions

    



14. On January 3, 2020, an emergency request for account information was provided to FaceBook, which owns Instagram. The Instagram account associated with the name Samuel Gulick was registered on 9/29/2016. A cellular telephone number of 302-437-4198 was provided to Instagram by the registrant.

15. The service provider for 302-437-4198 is AT&T. On January 3, 2020, an emergency request for account information was provided to AT&T, which identified the subscriber information. REDACTED is listed as the billing party, with the user identified as Samuel Gulick. The address of REDACTED Middletown, DE is listed as the billing address. As of the time of the request, the account status was active.

16. A review of the call detail records (CDRs) indicate that on January 3, 2020, between approximately 12:16 a.m. to 10:16 a.m. the cell phone associated with 302-437-4198, neither sent or received any phone calls, nor did the number send or receive any text messages. The cell phone did however show "active data sessions." "Active data sessions" are not indicative of someone operating the cellular telephone, just that the cell phone is turned on.

17. The CDR location data indicated the phone was at the same tower location for that period of time and the tower location is consistent with the residence of REDACTED. In my training and experience, subjects are often aware that law enforcement can track a subject's location through cellular telephone geographic data. Therefore, subjects often do not carry their cell phone or leave their cell phone behind in an effort to elude being connected to criminal acts.

18. On January 3, 2020, a Task Force Officer conducted surveillance at the SUBJECT PREMISES. No vehicles were in the driveway or surrounding curtilage of the SUBJECT PREMISES.

19. Pursuant to an emergency order, AT&T began providing cell phone location data. On January 3, 2020, at approximately 5:17 p.m. the cell phone location data provided by AT&T indicated the cell phone associated with 302-437-4198 was located in the Newark, Delaware area, a few miles away from the University of Delaware. By approximately 5:47 p.m., the cell phone location data provided by AT&T indicated the cell phone associated with 302-437-4198 was located in the area of REDACTED.

20. Surveillance was conducted at REDACTED on the evening of January 3, 2020. Agents observed the maroon Toyota Highlander bearing Delaware Tag REDACTED parked in the driveway at the SUBJECT PREMISES at approximately 6:10 p.m. At approximately 6:20 p.m., an individual fitting the description of Samuel Gulick was observed inside the residence through a front window.

21.  I know that the destructive device described above in paragraph 6 is not registered to Samuel James Gulick in the National Firearms Registration and Transfer Record, because Gulick is under the age of 21 – the required age to register a firearm or a destructive device therein.

22. From speaking with REDACTED, a representative of Planned Parenthood, as well as from reviewing their website located at https://www.plannedparenthood.org/ health-center/ delaware/newark/ 19711/newark-de-center-2895-90240, I believe that the Planned Parenthood property located at 140 East Delaware Avenue, Newark, Delaware 19711 is a "facility" that "provides reproductive health services" as described by 18 U.S.C. § 248(a)(3). For example, their website indicates that this facility provides services related to abortion referral, birth control, pregnancy testing and services, and the morning-after pill ( emergency contraception).

23.  I believe that the Planned Parenthood property located at 140 East Delaware Avenue, Newark, Delaware 19711 is a "building ... or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce," as described at 18 U.S.C. § 844(i) because according to REDACTED, Planned Parenthood provides services to individuals who reside in Delaware as well as individuals who come from other states to Delaware for service. To conduct their day to day business, Planned Parenthood has supplies purchases goods and services in competitive markets and has them shipped to its Delaware facility from outside the state. Planned Parenthood also derives revenues from a variety of sources, some of which are local and some out of State.

24.  Based on the foregoing information, I believe that Samuel Gulick, on January 3, 2020, knowingly, intentionally and maliciously attempted to damage or destroy the Planned Parenthood, located at 140 East Delaware Avenue in Newark Delaware by means of an incendiary device or explosive.

25.  For the reasons detailed above, Your Affiant requests that this Court issue a criminal complaint and arrest warrant for Samuel James Gulick as probable cause exists to believe that he maliciously damaged a building, vehicle, or other real or personal property used in interstate or foreign commerce by means of fire or an explosive, in violation of 18 U.S.C. § 844(i), intentional damaging or attempting to damage a facility that provides reproductive health services,, in violation of 18 U.S.C. 248(a)(3), and possession of an unregistered destructive device under the National Firearms Act, in violation of 26 U.S.C. § 5861(d).

26.  In light of the confidential nature of the continuing investigation, I respectfully request that this affidavit and all papers submitted herewith be maintained under seal until the Court orders otherwise.

Respectfully submitted,

_____
Special Agent Michael Dzielak
Wilmington Resident Agency

Sworn and subscribed before me
this 4th day of January, 2020

_____
Honorable Sherry Fallon
United States Magistrate Judge