AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| United States of America | ) |
|---|---|
| v. | ) |
| Samuel James Gulick | ) Case No. 20-06M |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

SEALED / UNSEALED 1/6/20

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Samuel James Gulick, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) (maliciously damage a building used in interstate commerce through the use of fire or destructive device);

18 U.S.C. § 248(a)(3) (intentional damage to a facility that provides reproductive health services);

26 U.S.C. § 5861(d) (possession of an unregistered destructive device under the National Firearms Act)

Date: 1/4/2020

*Issuing officer's signature*

City and state: Wilmington, DE

The Honorable Sherry R. Fallon
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/4/2020, and the person was arrested on *(date)* 1/4/2020 at *(city and state)* Middletown, DE.

Date: 1/6/2020

*Arresting officer's signature*

Special Agent Michael Dzielak
*Printed name and title*