# DEFENDANT INFORMATION SHEET

CR 21-01-UNA

| TO: Clerk, U.S. District Court | **X** Felony | | Class A Misdemeanor | |
|---|---|---|---|---|
| **DEFENDANT:** Samuel Gulick | | Criminal Complaint | **X** | Information |
| **DOB (Year Only)** 2001 | **COUNTY OF OFFENSE:** | New Castle | | |

## OFFENSE(S) & CITATION(S):  MAXIMUM PENALTY:

| OFFENSE | PENALTY |
|---|---|
| Count I – Intentional damage to a facility that provides reproductive health services, in violation of 18 U.S.C. § 248(a)(3) | 1 year imprisonment, up to 1 year supervised release, restitution and a $25.00 special assessment |
| Count II – Possession of an Unregistered Destructive Device under the National Firearms Act (Molotov Cocktail), in violation of 26 U.S.C. § 5861(d) | 10 years imprisonment, up to 3 years supervised release, a $250,000 fine, and a $100 special assessment |
| | |
| | FILED |

## INSTRUCTIONS

JAN – 4 2021

| **X** | Order to Produce for Arraignment on: | U.S. DISTRICT COURT DISTRICT OF DELAWARE at 1:00 p.m. |
|---|---|---|
| | Issue Arrest Warrant upon signing of Order | |
| | Issue Summons for Initial Appearance on: | at |
| | Interpreter Needed | Language |

## DEFENDANT INFORMATION

Defendant's Address:  Philadelphia Federal Detention Center

City:                County:               State:               Zip:

Date of Arrest:  1/6/2020        Date of 1st Appearance in this District  1/6/2020

Bail Set:            Date Made:            Remains in Federal Custody  **X**

/s/ Adrienne C. Dedjinou
Adrienne C. Dedjinou
Assistant United States Attorney