I, _____Samuel Gulick_____, having been presented with a copy of the Information, do hereby, in Open Court, waive my right to have the Court appoint counsel for me; and, upon arraignment, I do hereby enter a plea of ____ guilty to the Information filed in this case.

Dated this 11th day of ___February___, 20_21_

_____ (counsel on behalf of S. Gulick)
Def.

_____
Cnsl.