**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-CR-01 |
| | ) |
| SAMUEL JAMES GULICK | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO CONTINUE SENTENCING**

**NOW COMES** the United States of America, by and through its attorneys David C. Weiss, United States Attorney for the District of Delaware, and Adrienne C. Dedjinou, Assistant United States Attorney for the District of Delaware, respectfully moves the Court continue the sentencing date in the above-entitled matter. In support of this motion, the government states the following:

1. On February 11, 2021, the defendant pled guilty to one count

2. The Court scheduled sentencing for June 2, 2021, at 2:00 p.m.

3. The parties are working together to address several issues that are relevant to the Court's sentencing determination.

4. The parties agree that the current sentencing date of June 2, 2021, will not be a sufficient time by which the parties can work through these issues.

5. The parties hereby request a 60-day continuance of the sentencing date.

6. Conor Wilson, attorney for the defendant, joins this motion.

7. A proposed order is attached.

1

        Respectfully submitted,

        DAVID C. WEISS
        UNITED STATES ATTORNEY

        /s/ Adrienne C. Dedjinou
By:  Adrienne C. Dedjinou
        Assistant United States Attorney

Dated: April 7, 2021

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-CR-01 |
| | ) |
| SAMUEL JAMES GULICK | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Having considered the government's Motion to Continue Sentencing,

**IT IS HEREBY ORDERED** this _____ day of April 2021, that the joint motion is hereby GRANTED. The sentencing date of June 2, 2021, is vacated and rescheduled for _____, 2021.

_____
The Honorable Leonard P. Stark
United States District Court Judge