# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-CR-01 |
| ) | |
| SAMUEL JAMES GULICK ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Having considered the government's Motion to Continue Sentencing,

**IT IS HEREBY ORDERED** this 19th day of April 2021, that the joint motion is hereby GRANTED. The sentencing date of June 2, 2021, is vacated and rescheduled for September 1, 2021 at 11:00 a.m.

_____
The Honorable Leonard P. Stark
United States District Court Judge