IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No.: 21-1-LPS |
| SAMUEL GULICK, | : |
| Defendant. | : |

### ORDER

In response to Defendant's Unopposed Motion to Continue the Sentencing Hearing, this Court HEREBY ORDERS on this __28th__ day of __December__, 2021, that this motion is GRANTED. The sentencing hearing shall be continued to the __26th__ day of __January__, 2022, at __12:30 pm__ a.m./p.m.

_____
HONORABLE LEONARD P. STARK
United States District Court Judge