PROB 12B
(Rev. 5/21)

# UNITED STATES DISTRICT COURT

for

District of Delaware



## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision

Name of Person Under Supervision: Samuel Gulick    Case Number: 1:21CR00001-1

Name of Sentencing Judicial Officer: Leonard P. Stark

Date of Original Sentence: 03/09/2022

Original Offense: Count One: Intentional damage to a facility that provides reproductive health services; Count Two: Possession of an unregistered destructive device under the National Firearms Act (Molotov Cocktail).

Original Sentence: Time served, followed by three years of supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: 03/09/2022

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.
■ To modify the conditions of supervision as follows:

If granted Internet access by the Court: (1) the defendant shall provide a complete record of all passwords and user identifications, both past and present, to the U.S. Probation Office, and shall not make any changes without prior written approval of the Court; (2) the defendant shall comply with the requirements of any computer/internet usage monitoring program established, administered by the U.S. Probation Office; (3) the defendant shall not interfere with the installation of monitoring software on any computer or electronic device to which you have access. The software may restrict and/or record any activity on the computer or device, including the capture of keystrokes, application data, internet use history, email and instant message applications, and online chat conversations. A notice will be placed on the computer or device at the time of installation to warn others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the monitoring software.

PROB 12B
(Rev. 5/21)

## CAUSE

On March 9, 2022, Your Honor ordered computer-related conditions at Mr. Gulick's sentencing hearing; however, it has come to the attention of the undersigned Probation Officer that the current conditions of supervised release do not include language that will allow the U.S. Probation Office to install monitoring software and conduct computer monitoring on Mr. Gulick's electronic device(s). Both defense counsel and the government have approved the proposed langauge for the modifiation.

Respectfully Submitted,

By _____ Digitally signed by Christine Aranda
U.S. Probation Officer
Date:

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____
Signature of Judicial Officer

3-24-22
Date